UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel Rios Jr., | No.  1:26-cv-00219-JLT-GSA |
| Plaintiff, | ORDER GRANTING IN PART EXTENSION TO FILE MSJ |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

The parties stipulate to 60-day extension of time from April 13, 2026 to June 12, 2026. However, this would hinder the Court's ability to manage its docket.  A 42-day extension will be granted.

Accordingly, it is **ordered** that Plaintiff's MSJ deadline is extended to and including May 25, 2026.


IT IS SO ORDERED.

Dated:   **March 29, 2026**            **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE