**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL RIOS JR.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:26-cv-00219 JLT GSA<br><br>ORDER ADOPTING FINDINGS OF RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING COMMISSIONER'S REQUEST TO AFFIRM, AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Docs. 14, 16, 17) |

Manuel Rios Jr. seeks judicial review of the decision denying in part his applications for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act, asserting the administrative law judge erred in evaluating the medical evidence related to his diagnosed major depressive disorder and alcohol abuse and moderate limitations. (Doc. 1; Doc. 14 at 2.) The Commissioner argued the ALJ's decision was supported by substantial evidence and should be affirmed. (*See generally* Doc. 16.)

The magistrate judge found the ALJ did not properly consider the medical opinion evidence and substantial evidence did not support the residual functional capacity, which omitted any mental limitations. (Doc. 17 at 9-19.) As the ALJ also did not pose a hypothetical question

that included mental limitations to the vocational expert, the magistrate judge found the expert's testimony "has no evidentiary value." (*Id.* at 19.) The magistrate judge recommended the Court grant Plaintiff's motion for summary judgment, deny the Commissioner's request to affirm, and remand the action for further proceedings. (*Id.* at 19-20)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 17 at.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 28, 2025 (Doc. 17) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment (Doc. 14) is **GRANTED**.
3. Defendant's cross-motion to affirm the administrative decision (Doc. 16) is **DENIED**.
4. The matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's findings.
5. The Clerk of Court is directed to terminate pending motions; enter judgment in favor of Plaintiff Manuel Rios Jr. and against Defendant Frank Bisignano, Commissioner of Social Security; and to close this case.

IT IS SO ORDERED.

Dated: November 15, 2026

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE